FILED

12/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0671

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0671

_____

STATE OF MONTANA,

　　　Plaintiff and Appellee,

　v.　　　　　　　　　　　　　　　　　　O R D E R

LEONARD VILLA,

　　　Defendant and Appellant.

_____

　　　Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

　　　The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert G. Olson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 30 2020